**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:20-CV-20041-UU

BI 28 LLC,

    Plaintiff,

v.

PARKVIEW CAPITAL CREDIT, INC. and
KEITH W. SMITH,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff BI 28 LLC's ("Plaintiff") Motion for Default Final Judgment (D.E. 29) (the "Motion") against Defendants Parkview Capital Credit, Inc. and Keith W. Smith (collectively "Defendants").

THE COURT granted the Motion in a separate order entered concurrently herewith. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default final judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Plaintiff and against Defendants Parkview Capital Credit, Inc. and Keith W. Smith, jointly and severally, on both counts of the Complaint. It is further

**ORDERED AND ADJUDGED** that Plaintiff shall recover from Defendants actual damages in the amount of $12,916,691.19 on Plaintiff's Breach of Guaranty (Count I) and Breach of Limited Guaranty (Count II) claims, jointly and severally. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida this _16TH_ day of March, 2020.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record