UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-CV-20041-UU

BI 28 LLC,

    Plaintiff,

v.

PARKVIEW CAPITAL CREDIT, INC. and
KEITH W. SMITH,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, a Default Final Judgment [DE 31] was entered in the above action on the 16th day of March, 2020, in favor of BI 28, LLC and against Parkview Capital Credit, Inc. and Keith W. Smith, in the amount of $12,916,691.19, plus interest and costs, and said amount with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2020.

                                                  BI 28 LLC

Dated: 05-08-2020                      By: *Alex Horn*
                                                Alex Horn, manager

Dated: May 10, 2020

Respectfully submitted,

MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Isaac M. Marcushamer*
      Isaac M. Marcushamer, Esq.
      Florida Bar No. 60373
      isaac@markmigdal.com
      Darci E. Cohen, Esq.
      Florida Bar No. 90971
      darci@markmigdal.com
      eservice@markmigdal.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on May 10, 2020, by electronic transmission through the Court's CM/ECF system upon all parties on the CM/ECF Service List.

By: *s/ Isaac M. Marcushamer*
      Isaac M. Marcushamer, Esq.